# Court of Appeals
# of the State of Georgia

ATLANTA,   April 29, 2015

*The Court of Appeals hereby passes the following order:*

## A15A1492. MESFUN GHEZEHIEI v. WESLEY HALL HOMEOWNERS ASSOCIATION, INC.

On December 23, 2010, the trial court entered default judgment against Mesfun Ghezehiei in the amount of $3,366.25, plus $1,244.54 in interest, $1,385.40 in attorney fees, and $234.50 in court costs. On February 17, 2015, Ghezehiei filed a notice of appeal to this Court. We lack jurisdiction for two reasons.

First, the discretionary appeal procedure is required where – as here – a money judgment in an action for damages totals $10,000.00 or less. See OCGA § 5-6-35 (a) (6); *Hill v. Rose Electric Co.*, 220 Ga. App. 603 (469 SE2d 844) (1996). Second, Ghezehiei's notice of appeal was untimely, as it was filed more than four years after entry of the default judgment. See OCGA § 5-6-38 (a) (notice of appeal must be filed within 30 days of entry of the challenged decision). For these reasons, this appeal is hereby DISMISSED for lack of jurisdiction.

We note that, in his notice of appeal, Ghezehiei contends that he did not timely receive a copy of the final order from the trial court. If so, his remedy is to petition the trial court to vacate and re-enter the order as a means of correcting the problem. See *Cambron v. Canal Ins. Co.*, 246 Ga. 147, 148-149 (1) (269 SE2d 426) (1980). The re-entry of the order would begin anew the time for filing a notice of appeal. See *Cambron*, supra.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 04/29/2015
  *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*